**WO**

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 20 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Kristina Cross,<br><br>　　　　Defendant. | CR 04-146-1-PHX-SRB<br><br><br><br><u>**ORDER**</u> |

　　A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on November 16, 2006.

　　**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

　　**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. <u>United States v. Loya</u>, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 20th day of November, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge